O. J. Taylor v. John Duncan.

1. A revenue stamp is effectually cancelled when it is so defaced that it cannot be used a second time.

Appeal from Harrison.    Tried below before the Hon. J. B. Williamson.

The opinion indicates the facts.    More specifically stated, however, they are that the note sued on was for $250, executed by the

appellant to the appellee on the sixth of December, 1866. Three five cent revenue stamps were placed on it, with a written inscription upon them as follows: "O. J. T. to John Duncan, Dec. 6, 1866," part of which was on each stamp.

*Poag & McKay*, for the appellant.

*N. H. Wilson*, for the appellee.

Morrill, C. J.—The only question in this case is whether the stamps on the note sued on were properly cancelled.

The stamps were placed upon the note, and were so used and defaced that they can never be legally used again.

The revenue to the government is paid and satisfied, and that is all that can be required.

Judgment affirmed.